12/8/04

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

v.                           : MAGISTRATE'S DOCKET No. 12-203-M

CERTAIN PREMISES             :

O R D E R

AND NOW, this 2nd day of May, 2012, it is hereby

O R D E R E D

that the Search Warrant and Affidavit in Support of the Search Warrant, and the Search Warrant Return are hereby UNIMPOUNDED.

BY THE COURT:

_____
HONORABLE THOMAS J. RUETER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : MAGISTRATE'S DOCKET No. 12-203-M |
| CERTAIN PREMISES | : |

### MOTION TO UNSEAL

NOW COMES, the United States of America, by its attorneys, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania and Alexander T.H. Nguyen, Assistant United States Attorney in and for the same District, and in support of this Motion states as follows:

1. On February 7, 2012, the Honorable Henry S. Perkin, United States Magistrate, upon motion of the Government, entered an Order impounding the Search Warrant and Affidavit in support thereof in the above-captioned matter.

2. On or about March 16, 2012, the search warrant was executed.

3. In light of the above, the Government requests that the Search Warrant and Affidavit in support of Search Warrant be unsealed and unimpounded.

WHEREFORE, the Government respectfully requests that the Government's Motion to Unseal the Search Warrant and Affidavit in support thereof be granted.

Respectfully yours,
ZANE DAVID MEMEGER
United States Attorney

*Alexander T.H. Nguyen*

ALEXANDER T.H. NGUYEN
Assistant United States Attorney

2